JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. YOUNG,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM MUNIZ, Warden,<br><br>　　　　　　Respondent. | Case No. CV 15-9840-KK<br><br>JUDGMENT |

Pursuant to the Order Denying Second Amended Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Second Amended Petition is DENIED and this action is DISMISSED with prejudice.

Dated: May 19, 2017

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge